**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

In re:

   Douglas Burrell Williams
   Terri Denise Barnes

Debtor(s)

Case No. 17-14012 TWD Ch. 13

REPLY TO TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW**, Debtor, by and through counsel, respond to the Trustee's Motion to Dismiss, in support of thereof alleges the following:

1. It appears that there was a disruption in payments from Debtor's new employer but, to counsel's knowledge, payments have resumed as of February 6, 2020;

2. Debtor is not opposed to strict compliance with a 10-day notice;

**WHEREFORE**, based on the facts above, debtor requests an order denying or continuing the Trustee's motion to dismiss.

**DATE**: February 12, 2020

Respectfully submitted:

/s/ Mark A. Ditton #45432

Mark A. Ditton, WSBA#45432
NW Debt Relief Law Firm
1312 Main Street
Vancouver, WA 98660
360-831-0893

REPLY

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all creditors and interested parties on the attached mailing matrix by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

<u>*Served electronically:*</u>
Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Dated this 12th Day of February, 2020.

<u>/s/ Mark A. Ditton #45432</u>
Mark A. Ditton, WSBA #45432
Attorney for Debtor(s)

REPLY

```
Label Matrix for local noticing              Aarons Sales & Lease                         Accredited Home Lender
0981-2                                       Attn: Bankruptcy                             15253 Avenue Of Science
Case 17-14012-TWD                            309 E Paces Ferry Rd Ne                      San Diego, CA 92128-3437
Western District of Washington               Atlanta, GA 30305-2367
Seattle
Wed Feb 12 10:33:40 PST 2020

American General Financial/Springleaf Fi     Ashley Funding Services, LLC its successors Avant Credit, Inc
Springleaf Financial/Attn: Bankruptcy De     assigns as assignee of Laboratory            640 N La Salle St
Po Box 3251                                  Corporation of America Holdings              Suite 535
Evansville, IN 47731-3251                    Resurgent Capital Services                   Chicago, IL 60654-3731
                                             PO Box 10587
                                             Greenville, SC 29603-0587

Barclay                                      Barclays Bank Delaware                       Barclays Bank Delaware
PO Box 8801                                  100 S West St                                POB 8803
Wilmington, DE 19899-8801                    Wilmington, DE 19801-5015                    Wilmington, DE 19899-8803


Barclays Bank Deleware                       Terri Denise Barnes                          Capital One
100 S West St.                               4837 South Holden St. #2                     Attn: General Correspondence/Bankruptcy
Wilmington, DE 19801-5015                    Seattle, WA 98118-4144                       Po Box 30285
                                                                                          Salt Lake City, UT 84130-0285


Cardworks/CW Nexus                           Comenitycapital/haband                       Credit One Bank Na
Attn: Bankruptcy                             Po Box 182125                                Po Box 98873
Po Box 9201                                  Columbus, OH 43218-2125                      Las Vegas, NV 89193-8873
Old Bethpage, NY 11804-9001


Mark Ditton                                  Fingerhut                                    First Svgs Bk-blaze
Northwest Debt Relief Law Firm               6250 Ridgewood Rd                            Po Box 5096
1312 Main Street                             St Cloud, MN 56303-0820                      Sioux Falls, SD 57117-5096
Vancouver, WA 98660-2919


Fst Premier                                  IRS                                          (p)JEFFERSON CAPITAL SYSTEMS LLC
601 S Minneapolis Ave                        PO Box 7346                                  PO BOX 7999
Sioux Falls, SD 57104                        Philadelphia, PA 19101-7346                  SAINT CLOUD MN 56302-7999


LVNV Funding, LLC its successors and assigns LVNV Funding, LLC its successors and assigns Lending Club Corp
assignee of Echelon Diversified Fund, LP     assignee of FNBM, LLC                        71 Stevenson St
Resurgent Capital Services                   Resurgent Capital Services                   Suite 300
PO Box 10587                                 PO Box 10587                                 San Francisco, CA 94105-2985
Greenville, SC 29603-0587                    Greenville, SC 29603-0587


MERRICK BANK                                 Midland Credit Management                    Midland Funding LLC
Resurgent Capital Services                   2365 Northside Dr. Ste. 300                  PO Box 2011
PO Box 10368                                 San Diego, CA 92108-2709                     Warren MI 48090-2011
Greenville, SC 29603-0368


Montgomery Ward                              North Coast Credit Uni                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o Creditors Bankruptcy Service             1100 Dupont St                               PO BOX 41067
P.O. Box 800849                              Bellingham, WA 98225-3113                    NORFOLK VA 23541-1067
Dallas, TX 75380-0849
```

| | | |
|---|---|---|
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Seventh Avenue<br>Seventh Avenue, Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Chevron<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Douglas Burrell Williams<br>4837 South Holden St. #2<br>Seattle, WA 98118-4144 |
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     0<br>Total                  39 |